UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARY FLOWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 24-03020 (UNA) |
| ) | |
| ) | |
| JOHNS HOPKINS HOSPITAL *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

Plaintiff, a resident of Washington, D.C. proceeding *pro se*, sued Maryland-based Johns Hopkins Hospital and Howard County University Hospital, and D.C.-based Medstar Georgetown University Hospital. *See* Compl. at 2. Plaintiff alleges that "the" unidentified "hospital . . . didn't take the right steps and protocol after a wild animal jumped on [him]." *Id*. Before the Court are Plaintiff's Complaint, ECF No. 1, and Motion for Leave to Proceed *in forma pauperis*, ECF No. 2. The Court will grant the motion and dismiss the complaint for lack of subject-matter jurisdiction.

The subject-matter jurisdiction of the federal district courts is limited. Under 28 U.S.C. §§ 1331 and 1332, federal jurisdiction exists only when a "federal question" is presented, *id*. § 1331, or the parties are of diverse citizenship and the amount in controversy exceeds "the sum or value of $75,000," *id*. § 1332(a). "For jurisdiction to exist under 28 U.S.C. § 1332, there must be complete diversity between the parties, which is to say that the plaintiff may not be a citizen of the same state as any defendant." *Bush v. Butler*, 521 F. Supp. 2d 63, 71 (D.D.C. 2007) (citing *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373-74 (1978)). It is a "well-established rule" that in order for an action to proceed in diversity, the citizenship requirement must be "assessed at

the time the suit is filed." *Freeport-McMoRan, Inc. v. K N Energy, Inc.*, 498 U.S. 426, 428 (1991). A party seeking relief in the district court must plead facts that bring the suit within the court's jurisdiction, Fed. R. Civ. P. 8(a), or suffer dismissal of the case, Fed. R. Civ. P. 12(h)(3).

Here, Plaintiff did not plead sufficient facts about each party's citizenship and the requisite amount in controversy to proceed under the diversity statute, and the complaint does not present a question "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Therefore, the Court will dismiss this case by separate order.

Date: November 15, 2024

_____/s/_____
ANA C. REYES
United States District Judge

2